NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZOND LLC,**
*Appellant*

v.

**FUJITSU SEMICONDUCTOR LIMITED, FUJITSU SEMICONDUCTOR AMERICA, INC., ADVANCED MICRO DEVICES, INC., RENESAS ELECTRONICS CORPORATION, RENESAS ELECTRONICS AMERICA, INC., GLOBALFOUNDRIES U.S., INC., GLOBALFOUNDRIES DRESDEN MODULE ONE LLC & CO. KG, GLOBALFOUNDRIES DRESDEN MODULE TWO LLC & CO. KG, TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA CORPORATION, THE GILLETTE COMPANY,**
*Appellees*

---

2016-1563, -1564, -1632, -1633, -1634

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00829, IPR2014-00859, IPR2014-01017, IPR2014-01020, IPR2014-01072, IPR2014-01073, IPR2014-00828, IPR2014-00856, IPR2014-01070, IPR2014-01022, IPR2014-00917, IPR2014-00918,

IPR2014-01074, IPR2014-01025, IPR2014-01076, and IPR2014-01019.

## O R D E R

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the five appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The appellant's opening brief is due no later than April 26, 2016.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26